IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL ESCAMILLA, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-01103-FB |
| vs. | § § | |
| C.R. BARD INC., BARD PERIPHERAL VASCULAR INCORPORATED, | § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court is the above-styled and numbered cause of action, which was referred to the undersigned for all pretrial proceedings on October 21, 2019 [#10]. On January 16, 2020, the Court held an initial pretrial conference in the above-styled cause. During the conference, the parties confirmed their stipulation to be bound by certain Orders that were entered in the MDL.

Thus, the parties are ordered that on or before <u>January 30, 2020</u>, they should file a joint stipulation with the Court confirming the MDL orders they agree to be bound by and include, as attachments to the stipulation, copies of the orders themselves.

**IT IS SO ORDERED.**

SIGNED this 16th day of January, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE